# United States Court of Appeals for the Fifth Circuit

---

No. 26-10260

---

United States Court of Appeals
Fifth Circuit

**FILED**

July 22, 2026

Lyle W. Cayce
Clerk

JOHN DOE,

*Plaintiff—Appellant*,

*versus*

X CORP., X CORP., *formerly known as* TWITTER, INCORPORATED, *doing business as* X and X.AI *Corporation*; X.AI CORP., *doing business as* xAI,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CV-1282

---

ORDER:

IT IS ORDERED that Appellees' opposed motion to compel Appellant John Doe to proceed under his true name is GRANTED.

_____
STUART KYLE DUNCAN
*United States Circuit Judge*