# Matthew J. Kita

ATTORNEY AND COUNSELOR AT LAW

A PROFESSIONAL LIMITED LIABILITY COMPANY

LICENSED IN TEXAS AND CALIFORNIA

August 4, 2026

**Via ECF**
Mr. Lyle Cayce
United States Court of Appeals
600 South Maestri Place
New Orleans, Louisiana 70130

      Re:   *Doe v. X Corp.*
              Case No. 26-10260

Dear Mr. Cayce:

I write in response to the Court's July 22, 2026 order in this proceeding.

Plaintiff-Appellant's name is Patrick Wood.

                      Respectfully submitted

                      Matthew J. Kita

cc:    **Via ECF**
        All counsel of record

3110 WEBB AVENUE     MATT@MATTKITA.COM     6701 CENTER DRIVE WEST
SUITE 150     214.699.1863     14TH FLOOR
DALLAS, TX 75205     310.844.9696     LOS ANGELES, CA 90045